# First District Court of Appeal
## State of Florida

_____

No. 1D2022-3543
_____

KRISTOPHER ROBIN NIX,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Jennie Kinsey, Judge.

May 8, 2024

PER CURIAM.

AFFIRMED.

B.L. THOMAS, M.K. THOMAS, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, Ross S. Haine II, Assistant Public Defender, Tallahassee, Appellant.

Ashley Moody, Attorney General, Daren L. Shippy, Assistant Attorney General, Tallahassee, Appellee.